IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRY MATTHEW DAVIS, <br> HARRIS COUNTY JAIL NO. 01765571, <br> <br> Plaintiff, <br> <br> v. <br> <br> DR. TRAVIS, et al., <br> <br> Defendants. | CIVIL ACTION NO. H-13-0112 |

### FINAL JUDGMENT

For the reasons stated in this court's Memorandum Opinion and Order entered this date, this action is hereby **DISMISSED WITHOUT PREJUDICE.**

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 7th day of March, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE